**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Adrian and Marinela Pintea, | ) | No.: 16 cv 05990 |
| | ) | |
| Plaintiff, | ) | Jury Trial Demanded |
| | ) | |
| v. | ) | |
| | ) | The Honorable Judge |
| Joseph Varan, Matthew E. Gurvey, Law Offices of | ) | Thomas M. Durkin |
| Matthew E. Gurvey, P.C., | ) | The Honorable Magistrate Judge |
| | ) | Jeffrey Gilbert |
| Defendants. | ) | |

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that on Monday, August 29, 2016 at 9:00 am Central Time, I shall appear before the Honorable Judge Thomas Durkin, United States District Court Magistrate Judge, 219 South Dearborn Street, Room 1441, Chicago, Illinois 60604, and then and there present the Motion for Default.

Respectfully submitted,

/s/Kelli Dudley

Kelli Dudley
Kelli Dudley, Law Office of Kelli Dudley
1658 North Milwaukee Avenue, #100-8377
Chicago, Illinois 60647
Email: attorneykelli@sbcglobal.net
ID #6279068

**CERTIFICATE OF SERVICE**

I, Kelli Dudley, an attorney, certify that on or before 8/23/2016, I provided service to the person or persons who have appearances on file by the following means: Electronic ECF system. In addition, a copy was sent via email to the Gurvey entities, who have not appeared.

Signature: s/ Kelli Dudley
Address: 1658 Milaukee Avenue, #100-8377, Chicago, Illinois 60647
Date: June 6, 2016
Telephone Number: 312-771-9770; attorneykelli@sbcglobal.net