## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Adrian Pintea, et al.
                          Plaintiff,

v.                                        Case No.: 1:16−cv−05990
                                        Honorable Thomas M. Durkin

Matthew Gurvey, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 27, 2016:

      MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 9/27/2016. Plaintiff is granted leave to file an amended complaint on or before 9/30/2016. Plaintiffs' response to defendants' motions to dismiss [12][17][18] is due by 10/18/2016. Defendants' replies due by 11/1/2016. Status hearing set for 11/21/2016 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.